UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FS GIIKER TECHNOLOGY CO., LTD., <br>     Plaintiff, <br> v. <br> MICHAEL GABRIEL CRUZ-PIZARRO, et al., <br>     Defendants. | Case No. 25-cv-06949-JCS <br><br> **ORDER TO SHOW CAUSE** |

Plaintiff filed this action and moved ex parte for a writ of attachment, which the Court denied. Dkt. no. 7. Defendants have not appeared in this case and there is no indication from the docket that they have been served. The Court set a Case Management Conference for November 19, 2025 and ordered the parties to appear. Dkt. no. 3. The parties were also ordered to file a joint case management conference statement by November 12, 2025. No case management conference statement was filed and there was no appearance by any party. The Court has also issue repeated notices requiring that Plaintiff file a consent or declination to magistrate jurisdiction but Plaintiff has filed neither a consent nor declination. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to appear at the scheduled case management conference, failure to follow the Court's orders and failure to prosecute. Plaintiff shall appear and show cause on **December 17, 2025 at 9:30 a.m.** by Zoom webinar. Zoom access information can be found at https://www.cand.uscourts.gov/jcs.

**IT IS SO ORDERED.**

Dated: November 20, 2025

_____
JOSEPH C. SPERO
United States Magistrate Judge