UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FS GIIKER TECHNOLOGY CO., LTD.,

Plaintiff.

v.

MICHAEL GABRIEL CRUZ-PIZARRO, et al.,

Defendants.

Case No.  25-cv-06949-JCS

**ORDER TO SHOW CAUSE**

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on May 13, 2026, before this Court in the above-entitled case.  Plaintiff was not present.  Defendant was not present. IT IS HEREBY ORDERED that Plaintiff appear by Zoom webinar on **June 17, 2026, at 2:00 p.m.,** before Magistrate Judge Joseph C. Spero, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on May 13, 2026, for failure to prosecute, and for failure to comply with the Court's Order of May 6, 2026.  A case management conference is also scheduled for **June 17, 2026**, **at 2:00 p.m.** to be conducted by Zoom webinar.

IT IS SO ORDERED.

Dated:  May 13, 2026

_____
JOSEPH C. SPERO
United States Magistrate Judge